# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Operating Engineers Local #49 Health and Welfare
Fund and Central Pension Fund of the International
Union of Operating Engineers and Participating
Employers, Local #49 International Union of Operating
Engineers and Associated General Contractors of
Minnesota Apprenticeship and Training Program and
their Trustees,

Civil No. 10-1561 (RHK/JJK)

         Plaintiffs,

vs.

**ORDER FOR
DISMISSAL**

Sauter & Sons, Inc.,

         Defendant.

_____

      Pursuant to the Notice of Dismissal, **IT IS ORDERED** that this matter is

**DISMISSED WITHOUT PREJUDICE** and without costs to either party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated:  August 4, 2010

                      s/Richard H. Kyle
                      RICHARD H. KYLE
                      United States District Judge